47 A.3d 1178

**Kareem JONES, Petitioner**

v.

**Judge Harold M. KANE, Respondent.**

**No. 33 EM 2012.**

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

---

47 A.3d 1178

**Jose M. MEDINA, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, et al., Respondents.**

**No. 32 EM 2012.**

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**